IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER HOLLOWAY,** | : | **Civil No. 1:16-CV-1415** |
| **Plaintiff,** | : | |
| **v.** | : | |
| **IVESCO HOLDINGS, LLC; IVESCO, LLC, MWI VETERINARY SUPPLY, INC., and CHRISTOPHER MCGUFFIN** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

**O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and with prejudice. This court retains jurisdiction for purposes of enforcing the settlement agreement.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2017